<div style="text-align:center">

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

</div>

| | |
|---|---|
| Richard Henderson, *on his own behalf and on behalf of all others similarly situated*,<br><br>               Plaintiff,<br><br>     v.<br><br>Charter Communications, Inc. D/B/A Spectrum,<br><br>               Defendant. | Case No. 3:20-cv-01769-JBA |

<div style="text-align:center">

**STIPULATION OF DISMISSAL**

</div>

The Parties, through their attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that Plaintiff may dismiss this matter.

Dated: November 17, 2021                                              Respectfully submitted,

By: */s/ Joshua H. Eggnatz*  
JOSHUA H. EGGNATZ, ESQUIRE  
Florida Bar No. 0067926  
MICHAEL PASCUCCI, ESQUIRE  
Florida Bar No. 83397  
jeggnatz@justiceearned.com  
mpascucci@justiceearned.com  
7450 Griffin Road, Suite 230  
Davie, Florida 33314  
Tel: (954) 889-3359  

Stephen F. Taylor  
staylor@lemberglaw.com  
Lemberg Law LLC  
43 Danbury Road  
Wilton, CT 06897  
Tel: 203.653.2250.ext.5502  
Fax: 203.653.3424  

*Counsel for Plaintiff*

By: */s/ Jordan Richards*  
JORDAN RICHARDS, ESQUIRE  
Florida Bar No. 108372  
Jordan@jordanrichardspllc.com  
Jake@jordanrichardspllc.com  

1800 SE 10th Ave Suite 205,  
Fort Lauderdale, FL 33316  
Tel: (954) 871-0050

<div style="columns:2">

By /s/ *Brian E. Moran*
Brian E. Moran
Connecticut Bar No. ct05058
bmoran@rc.com
Trevor L. Bradley
Connecticut Bar No. ct29993
tbradley@rc.com

**ROBINSON & COLE LLP**
1055 Washington Boulevard
Stamford, CT  06901
203-462-7500
203-462-7599 (fax)

*Counsel for Defendant*

By */s/Ryan D. Watstein*
Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
**Kabat Chapman & Ozmer LLP**
171 17th Street NW, Suite 1550
Atlanta, GA 30363
404-400-7300
404-400-7333 (fax)

Paul Grammatico (*pro hac vice*)
pgrammatico@kcozlaw.com
**Kabat Chapman & Ozmer LLP**
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
(213) 493-3988
(404) 400-7333 (fax)

*Counsel for Defendant*

</div>